IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               **Case No. 04-40061-01**
                                          **11-4011-RDR**

SHARRIFF TILGHMAN,

        Defendant.

## O R D E R

This matter is presently before the court upon the government's motion to extend the deadline to file a response to defendant's motion pursuant to 28 U.S.C. § 2255. The government seeks until March 31, 2011 to file its response due to a heavy caseload.

For the reasons stated, the government's motion shall be granted. The court shall allow the government until March 31, 2011 to file its response.

**IT IS THEREFORE ORDERED** that the government's motion to extend deadline to file response to defendant's § 2255 motion (Doc. # 108) be hereby granted. The government shall be allowed until March 31, 2011 to file its response.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2011 at Topeka, Kansas.

                                          s/Richard D. Rogers
                                          United States District Judge